# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**RUDY FREDDY WEBB,**
    **Plaintiff,**

  **v.**　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-CV-716

**RICHARD HALE et al.,**
    **Defendants.**

---

## ORDER

Plaintiff has filed a letter requesting that I reconsider my decision to dismiss Sheriff Severson from this action. He states that Sheriff Severson should not be removed as a defendant because he was the defendants' supervisor. Sheriff Severson was named as a defendant for the limited purpose of identifying the former Doe defendants, who have now been identified. Section 1983 limits liability to public employees who are personally responsible for a constitutional violation. *See Burks v. Raemisch*, 555 F.3d 592, 595–96 (7th Cir. 2009). Plaintiff did not allege that Sheriff Severson had any personal involvement in the alleged misconduct.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for reconsideration (Docket No. 30) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 20th day of March, 2018.

                                                          s/Lynn Adelman
                                                          LYNN ADELMAN
                                                          United States District Judge